# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-6987 MRW | Date | September 29, 2020 |
| Title | Lamar Myers v. D & Joe's Liquor, Inc., et al | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) NOTICE OF DISMISSAL**

Plaintiff filed a notice voluntarily dismissing this action. This action is dismissed with prejudice.